**Mitchell L. MOSLEY, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73632.**

Missouri Court of Appeals,
Western District.

June 26, 2012.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 31, 2012.

Frederick J. Ernst, for Appellant.

Karen L. Kramer, for Respondent.

Before Division Two: VICTOR C.
HOWARD, Presiding Judge, MARK D.
PFEIFFER, Judge and KAREN KING
MITCHELL, Judge.

### ORDER

PER CURIAM:

Mitchell Mosley, Jr., appeals the judg-
ment of the trial court denying his Rule
29.15 motion for postconviction relief.
Mosley sought to vacate his convictions for
domestic assault in the second degree, sec-
tion 565.073, RSMo Cum. Supp 2011, and
sentence of twelve years incarceration.
He claims that he received ineffective as-
sistance of counsel when counsel failed to
cross-examine State's witness, Dr. Ellison,
and present evidence concerning her al-
leged inconsistent statements and asser-
tion of new opinions with respect to the
injuries and number of blows sustained by
the victim. Because a published opinion
would have no precedential value, a memo-

randum has been provided to the parties. The judgment is affirmed.   Rule 84.16(b).